UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. NO. _____ (RWR) |
| v. | : | |
| | : | |
| JOSE LUIS SEVERINO-CONCEPCION | : | |

**UNOPPOSED MOTION TO SEAL**

\_\_\_\_\_The United States respectfully moves this Court to place under seal until further notice of the Court, the Information filed in this case, the Plea Agreement entered into between the defendant and the government and the related Statement of Facts, this motion and order.  In support thereof, the Government alleges the following:

On February 13, 2006, the defendant and the government entered into a plea agreement before the court.  Under that agreement, the defendant has agreed to cooperate with the government in the prosecution of the remaining co-defendants, who remain in foreign custody or at large. One of these men includes Bernardo Jimenez-Carela, the man for whom the defendant helped to recruit drug couriers.  Jimenez-Carela is currently at large in the Dominican Republic. The United States has requested his extradition, and has been advised that a warrant will be issued for his arrest shortly.

Mr. Severino has a wife and child in the Dominican Republic, and he has expressed concern for their safety should word get out that he is assisting the government.

Due to the ongoing nature of the prosecution, premature disclosure of the agreement would alert co-defendants such as Jimenez-Carela that the government is still actively pursuing the case (which dates to 2002) and would therefore complicate attempts to apprehend them.

Further, knowledge of the agreement could lead others to threaten or retaliate against the defendant's family. For these reasons, and to preserve the secrecy of the plea agreement, the government respectfully requests that the Court grant the government's motion to seal. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

Counsel for the government has raised this motion with Joseph Virgilio, Esq., counsel for the defendant, who has stated that he has no opposition to the motion.

For the reasons stated above, it is respectfully requested that this motion be granted, and that this honorable Court seal the Information, Plea Agreement and Statement of Facts, the Motion to Seal, and the Court's Order.

    Respectfully submitted,

    __/s/_____
    John M. Gillies
    Narcotic and Dangerous Drug Section
    Criminal Division, U.S. Department of Justice
    1400 New York Avenue, N.W., Suite 8000
    Washington, DC 20005
    Tel.: 202-307-2354
    Fax.: 202-514-0483
    Email: John.Gillies@usdoj.gov

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing motion was transmitted by electronic mail (e-mail) to Joseph Virgilio, Esquire, counsel for defendant, this 15th day of February, 2006.

      /s/
John M. Gillies
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice