



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

CR. NO. 06-041 (RWR)

v.

(UNDER SEAL)

JOSE LUIS SEVERINO-CONCEPCION

ORDER

Upon consideration of the Government's Unopposed Motion To Seal and the entire record herein, it is this, 16th day of February, 2006,

ORDERED, that the government's motion is GRANTED. In support of this ruling, the Court makes the following findings:

1. Co-defendants in the case remain at large, and disclosure of this agreement may undermine attempts to apprehend them.

2. The defendant had family residing in the Dominican Republic, and disclosure of his cooperation with the government may place their safety in jeopardy.

Therefore, it is hereby

ORDERED, that the Information, Plea Agreement, Statement of Facts, the Motion to Seal, and this Court's Order be sealed until further Order of this Court.

_____
Honorable Richard W. Roberts
United States District Judge