# United States District Court
## FOR THE DISTRICT OF COLUMBIA



UNITED STATES OF AMERICA      *      **WAIVER OF INDICTMENT**

v      *      Criminal Nº 06-41 (RWR)

JOSE LUIS SEVERINO CONCEPCION      *

FILED

FEB 2 4 2006

*Sealed*

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, Jose Luis Severino Concepcion, the above-named defendant, who is accused of (1) Conspiracy to import into the United States 3,4 methylenedioxymethamphetamine ("MDMA"), in violation of 21 USC § 952, and (2) Conspiracy to Distribute MDMA intending and knowing that such substance would be unlawfully imported into the United States, in violation of 21 USC § 959, all in violation of 21 USC §§ 963 and 960(b)(3) being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on February 24, 2006 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
JOSE LUIS SEVERINO CONCEPCION
Defendant

_____
Joseph Virgilio
1000 Connecticut Avenue NW
Nº 1
Suite 613
Washington DC 20036
202.686.6914
COUNSEL FOR DEFENDANT
(Appointed by the Court)

Before _____
Richard W Roberts
United States District Judge