UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v | * | Criminal N° 06-41 (RWR) |
| | | **UNDER SEAL** |
| JOSE LUIS SEVERINO CONCEPCION | * | |

**FILED**
FEB 2 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
JOSE LUIS SEVERINO CONCEPCION
Defendant

_____
Joseph Virgilio (Bar N° 237370)
1000 Connecticut Avenue NW
N° 1
Suite 613
Washington  DC   20036-5313
202.686.6914
COUNSEL FOR DEFENDANT
(Appointed by the Court)

I consent
_____
Assistant United States Attorney

Approved:
_____
RICHARD W ROBERTS
United States District Court Judge