RECEIVED
AUG 03 2006
Chambers of Judge Roberts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,      :
          Plaintiff,           :
                               :   CRIMINAL NO. ~~03-475~~ 06-41 (RWR)
     v.                        :
                               :   FILED UNDER SEAL
JOSE LUIS SEVERINO-CONCEPCION  :
          Defendant.           :

FILED
OCT 24 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Having considered the Joint Status Report and Request for Sentencing Date filed by the parties and the entire record herein, it is this 24th day of ~~August~~ October, 2006,

ORDERED that request is GRANTED; and it is further,

ORDERED that this matter be referred for a presentence investigation and that sentencing be scheduled for January 3, 2006 at 11:30 am/~~pm~~, and it is further,

ORDERED that the Joint Status and Request for Sentencing Date and this order be sealed until further order of the Court.

_____
Richard W. Roberts
United States District Judge


cc:   Matthew Stiglitz, Esq.            Joseph Virgilio, Esq.
      Trial Attorney                    1000 Connecticut Ave., N.W.
      U.S. Department of Justice        No. 1, Suite 613
      Criminal Division/NDDS            Washington, D.C.  20036
      1400 New York Ave., N.W.
      8th Floor
      Washington, D.C.  20530

