UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 06-041 (RWR) |
| v. : | |
| : | |
| JOSE LUIS SEVERINO-CONCEPCION,: | FILED UNDER SEAL |
| Defendant. : | |

## ORDER

This matter came before the Court on the Government's motion for a departure from the defendant's Sentencing Guideline range, pursuant to § 5K1.1 of the United States Sentencing Commission Guidelines Manual, and the statutory provisions as provided in 18 U.S.C. Section 3553(e). Upon consideration of the motion, and for the reasons stated in this pleading, and based on the entire record herein, it is by the Court this _____ day of January, 2007.

ORDERED that the Government's motion be, GRANTED.

_____
Richard W. Roberts
United States District Judge

cc:  Matthew Stiglitz                    Joseph Virgilio, Esq.
     Trial Attorney                      1000 Connecticut Ave., N.W.
     U.S. Department of Justice          No. 1, Suite 613
     Criminal Division                   Washington, D.C.  20036
     Narcotic and Dangerous Drug Section
     1400 New York Ave., N.W., 8th Floor
     Washington, D.C.  20530

     Kelly Kraemer-Soares
     United States Probation Officer
     United States District Court
     for the District of Columbia
     333 Constitution Avenue, N.W.
     Washington, D.C. 20001